```
                        IN THE
            UNITED STATES BANKRUPTCY COURT
        FOR THE WESTERN DISTRICT OF VIRGINIA
                  LYNCHBURG DIVISION
```

IN RE:

    DENNIS EUGENE SMITH, JR.,          Case No. 10-62211

        Debtor

**MOTION TO DISMISS**
**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Comes now the United States of America, by counsel, on behalf of the Internal Revenue Service and requests the Court to enter an Order dismissing its objection to confirmation of the Debtor's Chapter 13 Plan.

                                Respectfully submitted,

                                TIMOTHY J. HEAPHY
                                United States Attorney


                                <u>/s/ Thomas L. Eckert</u>
                                Thomas L. Eckert
                                Assistant United States Attorney
                                Western District of Virginia
                                Post Office Box 1709
                                Roanoke, Virginia 24008-1709
                                Telephone 540/857-2761

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this 5th day of October, 2010, electronically filed the foregoing MOTION TO DISMISS OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    H. David Cox, Esq.
    Herbert L. Beskin, Esq.


                          <u>/s/ Thomas L. Eckert</u>
                          Thomas L. Eckert
                          Assistant United States Attorney